# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM Z WYATT , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>633 TOYOPA DRIVE, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–06458–CAS–GJS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

___7/25/2019___      ____      ____

Date Filed      Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: _July 25, 2019_      By: _/s/ Edwin Sambrano  edwin_sambrano@cacd.uscourts.gov_
                                        Deputy Clerk