| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Edmond Nassirzadeh, Esq., SBN 201833<br>NASS LAW FIRM<br>9454 Wilshire Blvd., Suite 700<br>Beverly Hills, California 90212<br>Tel: 310-858-7755 | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM Z. WYATT, an individual and ALISON KOPLAR, an individual<br><br>Plaintiff(s),<br>v.<br>633 TOYOPA DRIVE, LLC, a California Limited Liability Company, and DOES 1 through 25, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:19-cv-06458<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   WILLIAM Z. WYATT, an individual and ALISON KOPLAR, an individual
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. WILLIAM Z. WYATT, an individual | 1. Plaintiff |
| 2. ALISON KOPLAR, an individual | 2. Plaintiff |
| 3. 633 TOYOPA DRIVE, LLC,<br>a California Limited Liability Company | 3. Defendant |

July 25, 2019
Date

*/s/ Nass* (signature)
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff William Z. Wyatt, and Alison Koplar

CV-30 (05/13)                                   NOTICE OF INTERESTED PARTIES