## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM Z. WYATT, ET AL. | CASE NUMBER |
| PLAINTIFF(S) | CV 19-6458 CAS(GJSx) |
| v. | |
| 633 TOYOPA DRIVE, LLC | **ORDER RETURNING CASE** **FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that  the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

July 31, 2019
_____
Date

*Christine A. Snyde*
_____
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge     Fernando M. Olguin     for all further proceedings.
On all documents subsequently filed in this case, please substitute the initials     FMO     after the case
number in place of the initials of the prior judge so that the case number will read  2:19-cv-06458 FMO(GJSx) .
This is very important because documents are routed to the assigned judge by means of the initials.

cc:    ☐ *Previous Judge*    ☐ *Statistics Clerk*