Edmond Nassirzadeh, Esq., SBN 201833
*ed@nasslawfirm.com*
**NASS LAW FIRM**
9454 Wilshire Blvd., Suite 700
Beverly Hills, California 90212
Tel: 310-858-7755

Attorneys for Plaintiffs WILLIAM Z. WYATT, and
ALISON KOPLAR

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM Z. WYATT, an individual and ALISON KOPLAR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>633 TOYOPA DRIVE, LLC, a California Limited Liability Company, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-06458 FMO (GJSx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure §41(a), Plaintiffs voluntarily dismiss the above-captioned action with prejudice.

1

**NOTICE OF VOLUNTARY DISMISSAL OF FIRST AMENDED COMPLAINT**

Dated: September 23, 2019

**NASS LAW FIRM**

By: _____
Edmond Nassirzadeh, Esq.
Attorneys for Plaintiffs
WILLIAM Z. WYATT, and
ALISON KOPLAR

**NOTICE OF VOLUNTARY DISMISSAL OF FIRST AMENDED COMPLAINT**